In The Third Court of Appeals
State of Texas
Austin, Texas 78701

03-10-00651-CV Stritzinger v Wright

~~03-11-651-CV~~

RECEIVED
FEB 1 0 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

# PETITION TO CONSOLIDATE, REOPEN AND MODIFY UNDER DISCRETIONARY AUTHORITY OF THE COURT OF APPEALS

Appellant, John S. Stritzinger is the movant. Appellee is James Vaught, on behalf of Katherine Wright.

## Jurisdiction

This court has jurisdiction over its own orders and final orders from district courts in its jurisdiction

## Facts

The 345th District Court entered an administrative order against appellant which it has since retracted, allowing appellant open access to the Texas Civil trial courts and the Central Docket as originally ordered by the 250th District Court in 2007, for the second time. [See FM-04-004690].

Before the retraction/rescinding of its administrative authority this court denied an appeal for the same reason, impacting physical custody of appellant.

Appellant would like this court to consolidate 03-11-651-CV, 03-10-(455-458), and 03-10-651CV along with two/three (enforcement x3) unconsolidated final orders of the 345th District court representing 1/6/10 to 06/2/12, and a third from Judge Byrne dated 04/13. Appellant requests the court request the

transcripts and orders and all docket entries for the unconsolidated periods. Appellant does not have copies of these and requests he can proceed without fees or for the court allow/order appellee to pay for transcripts from Mr. Albert Alvarez.

## Prayer

Appellant prays the court will allow his filing, reopen this cause and consolidate its previous ruling under 03-10-455-CV with the causes cited. Ms. Ramos and her recommendations have been removed by court order, leaving the children without a father, despite their health identified as sufficient by 1/6/10. Appellant prays for a new summons to be given to Appellee on filing via facsimile, as Appellant does not have sufficient resources. Appellant prays the court will find the 345th District court acted innappropriately and inconsistent with State and Federal law. (Tx Dyslexia HB & IDEA)

S. Stly

1/13/15



# THE SUPREME COURT OF TEXAS

BLAKE A. HAWTHORNE, CLERK
201 West 14th Street     Post Office Box 12248     Austin, TX 78711
Telephone: 512/463-1312     Facsimile: 512/463-1365

January 7, 2015

JSS Stritzinger
4601 Ironbound Rd
Williamsburg, VA 23188

We are in receipt of your recent correspondence. We have not filed your document with the Court or assigned it a case number. *Please refer to the Texas Rules of Appellate Procedure for more information regarding rules of the Court.* A free copy of the rules is available on our website at http://www.supreme.courts.state.tx.us.

> **Please refer to the check-marked box below for more information on why your document was not filed.**

1. ☒     The document we received is not a filing in this Court. The Supreme Court has no authority or resources to conduct investigations, or to take action in any manner which has not been raised in one of the state's trial courts and appealed through the intermediate courts of appeals.

2. ☐     The Supreme Court does not provide sample forms, *copies of rules or copies of other documents by mail.*

3. ☐     The Supreme Court is the state's highest appellate court for civil cases. The Supreme Court does not have jurisdiction over criminal cases and does not review the decisions of the Court of Criminal Appeals. *See* Tex. Gov't Code §§ 22.001-22.002. The Court of Criminal Appeals has final jurisdiction over criminal matters in the State of Texas. *See* Tex. Gov't Code § 22.001 & Texas Constitution, Article V, Section 3. A petition for discretionary review in a criminal case must be filed with the clerk of the court of appeals. *See* TEX. R. APP. P. 68.3.

4. ☐     Your document was forwarded to the Court of Criminal Appeals. See above paragraph.

5. ☒     The Supreme Court does not review the decisions of federal courts. In the event that you intended to appeal the decision of a federal court to the U.S. Supreme Court, we are returning your appeal which has been stamped with the date it was received by the Supreme Court of Texas.

6. ☐     The Court of Appeals case number that you reference in your filing was previously filed as a mandamus. It is not necessary to file a motion to extend time with this Court in a mandamus proceeding. If you are seeking review of the denial of a mandamus, you must file a petition for writ of mandamus that complies with Rule 52 of the Texas Rules of Appellate Procedure.

7. ☐     Your petition for review has been denied, the final order was sent out and the case has been stored. The case is closed and the decision of the Court is final.

Sincerely,

Blake A. Hawthorne

Clerk, The Supreme Court of Texas

The Supreme Court of Texas

POST OFFICE BOX 12248
AUSTIN, TEXAS 78711



U.S. POSTAGE >> PITNEY BOWES

ZIP 78701
02 1W
0001396492 JAN 07 2015
$ 000.48⁰

AUSTIN, TX
OFFICIAL BUSINESS
STATE OF TEXAS
STATE PENALTY
FOR PRIVATE USE



2318826480 1

JSS Stritzinger
4601 Ironbound Rd
Williamsburg, VA 23188

JS Stringer
4601 Ironbound
Williamsburg, VA 23188

Attn:
Third Courtof Appeals
219 West 14th St
Austin, TX 78701

UNITED STATES POSTAGE
PITNEY BOWES
02 1R $ 00.480
0002003297 JAN 30 2015
MAILED FROM ZIP CODE 23188



UNITED STATES
POSTAL SERVICE®